# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133012

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

U.S. BANK NATIONAL ASSOCIATION,
    Plaintiff-Appellee,

v

TYRON L. CLARK,
    Defendant-Appellant.

SC: 133012
COA: 274552
Wayne CC: 06-620082-AV
36th DC: 06-6319175-LT

_____/

    On order of the Court, the application for leave to appeal the December 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

t0416

_____
Clerk